1012

No. 481, Misc. REEVES *v.* ALABAMA. Supreme Court of Alabama. Certiorari granted. *Thurgood Marshall, Robert L. Carter* and *Jack Greenberg* for petitioner. *Si Garrett,* Attorney General of Alabama, and *L. E. Barton,* Assistant Attorney General, for respondent.

No. 545, Misc. MOORE *v.* MEAD'S FINE BREAD Co. C. A. 10th Cir. Certiorari granted. *Dee C. Blythe* for petitioner. *Edward W. Napier* and *Howard F. Houk* for respondent.

No. 622. MITCHELL *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Temple W. Seay* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack, David L. Luce* and *Joseph M. Howard* for the United States.

No. 651. DEARYAN *v.* BUTLER, MAYOR, ET AL. District Court of Appeal of California, Fourth Appellate District. Certiorari denied.

No. 690. WOLFE *v.* TASKA. C. A. 4th Cir. Certiorari denied. *George E. Allen* for petitioner. *Preston P. Taylor* for respondent.

No. 702. NEBRASKA SEED CO. ET AL. *v.* UNITED STATES. Court of Claims. Certiorari denied. *O. L. Dykstra* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack, Hilbert P. Zarky* and *Carolyn R. Just* for the United States.

No. 704. SHAY ET AL. *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Cir-